270 April 30, 2025 No. 394

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1)***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of K. D.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

K. D.,
*Appellant.*

Marion County Circuit Court
24CC04279; A185146

Drew P. Taylor, Judge pro tempore.

Submitted March 14, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period not to exceed 90 days. The trial court entered that judgment after finding that appellant suffered from a mental illness. *See* ORS 426.005(1)(f). We reverse.[1]

Appellant argues that the trial court plainly erred in failing to issue a citation to her that included the specific reasons that she was believed to have a mental illness that would subject her to commitment, as required by ORS 426.090.

The state concedes the error. Having reviewed the record, we agree with and accept the state's concession.

By failing to issue a citation that complies with ORS 426.090, the state failed to comply with the procedures governing civil commitments. *State v. B. L. W.*, 335 Or App 639, 640-41, 560 P3d 639 (2024). There is no indication that appellant waived those procedural protections. *Id.* at 641. Given the nature of civil commitment cases, the interests of the parties, the gravity of the error, and the ends of justice, we exercise discretion to correct the plain error. *State v. T. C.*, 327 Or App 558, 571, 536 P3d 591 (2023), *rev den*, 371 Or 825 (2024).

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.